

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 02-33141-C-7
)
BLUSAR MANUFACTURING, LLC, ) Adversary No. 04-2502
)
) DC No. FSH-2
                Debtor(s). )
_____ )
THOMAS ACEITUNO, Chapter 7 )
Trustee for Blusar Manufacturing, )
)
               Plaintiff(s), )
)
v. )
)
RUSSIAN ACADEMY OF SCIENCES A.N. )
NESMEYANOV INSTITUTE OF )
ORGANOELEMENT COMPOUNDS, )
)
               Defendant(s). )
_____ )



**MEMORANDUM DECISION ON DC NO. FSH-2**

    Upon consideration of defendant's motion to quash service and of the opposition thereto, the court is persuaded that service should not be quashed. Moreover, the conduct of the defendant in erecting every roadblock conceivable provides ample basis for excusing service that occurred more than 120 days after the filing of the complaint.

    Further, the court is persuaded that, under the circumstances, the third party discovery contemplated by the plaintiff is appropriate and will be permitted.

    Accordingly, an order denying the motion to quash service and to dismiss and an order granting the counter-motion to approve

1 alternative means of service and to authorize discovery will be
2 issued.
3      Dated:   November 10, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Thomas R. Phinney
400 Capitol Mall #2540
Sacramento, CA 95814


Fred S. Hjelmeset
275 Battery St 27th Fl
San Francisco, CA 94111

Dated: 11/14/05

_____
DEPUTY CLERK